THE HONORABLE DAVID W. CHRISTEL

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EUGENE TREMBLE III,<br><br>                Petitioner,<br><br>   v.<br><br>MARGARET GILBERT,<br><br>                Respondent. | NO. C15-5841-RJB-DWC<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR A MORE DEFINITE STATEMENT<br>(Proposed) |

The Court, having considered the Respondent's motion for a more definite statement, the Petitioner's response, and the records and files herein, does hereby find and ORDER:

1. The current habeas corpus petition does not contain a concise statement of the grounds for relief currently pursued by Petitioner in this habeas corpus proceeding. Respondent's motion for a more definite statement is therefore GRANTED.

2. Petitioner shall file and serve by _____, 2016, a concise statement of the grounds for relief he is raising in the habeas corpus petition.

3. Respondent shall file and serve an answer within 45 days after service of the concise statement of the grounds for relief.

//

//

ORDER GRANTING RESPONDENT'S MOTION FOR A MORE DEFINITE STATEMENT (PROPOSED) - NO. C15-5841-RJB-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

4. The Clerk shall send uncertified copies of this Order to the Petitioner and counsel for the Respondent.

DATED this _____ day of _____, 2016.

_____
DAVID W. CHRISTEL
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ John J. Samson
JOHN J. SAMSON, WSBA # 22187
Assistant Attorney General

ORDER GRANTING RESPONDENT'S MOTION FOR A MORE DEFINITE STATEMENT (PROPOSED) - NO. C15-5841-RJB-DWC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participant:

**EUGENE TREMBLE III, DOC #716871**     docscccinmatefederal@doc1.wa.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 4th day of January, 2016, at Olympia, Washington.

s/ Tera Linford
TERA LINFORD, Legal Assistant 3
Corrections Division
PO Box 40116
Olympia WA  98504-0116
360-586-1445
TeraL@atg.wa.gov

ORDER GRANTING RESPONDENT'S MOTION FOR A MORE DEFINITE STATEMENT (PROPOSED) - NO. C15-5841-RJB-DWC

3

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445